**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,                     : No. 204 MM 2017
                  Respondent       :
 
                  v.                :
 
ERNEST RECE DALE BURBAGE,                          :
 
                  Petitioner

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.